IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

Vs.                                         CRIMINAL NO. 2:18-cr-35-KS-MTP

SADIE BRADLEY

ORDER OVERRULING MOTION TO RECONSIDER

THIS CAUSE IS BEFORE THE COURT on Motion to Reconsider [36] filed by Sadie Bradley, and Government's Response thereto [38], and the Court considering the same finds that the Motion should be DENIED for the reasons hereinafter set forth.

BACKGROUND

Over a period of at least thirty (30) years Sadie Bradley used numerous names and at least two (2) social security numbers to fraudulently obtain at least $197,216.11 in benefits from the Social Security Administration to which she was not entitled. The fraud began at least as early as 1987 and continued until at least October 2017. In order to perpetrate the fraud Movant used numerous names, lied about her employment, her marital status, her resources and the fact that she was being paid SSI benefits. The Presentence Investigation Report was adopted without objection and the guideline sentence of 15 months to serve was imposed. The Court considered her age, physical condition and other circumstances as set forth in the Presentence Investigation prior to imposing sentence and finds that there is no reason to reconsider. For the reasons stated

the Court finds that the Motion should be, and is hereby OVERRULED.

SO ORDERED this the  16th   day of October, 2019.

                                                        s/Keith Starrett
                                              UNITED STATES DISTRICT JUDGE