IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

Vs.                                          CRIMINAL NO. 2:18-cr-35-KS-MTP

SADIE BRADLEY

## ORDER MODIFYING REPORTING INSTRUCTIONS

THIS CAUSE IS BEFORE THE COURT on Motion to Modify Reporting Instructions [45] filed by Sadie Bradley. In her Motion Sadie Bradley requests that her reporting instructions be modified to provide that she be required to surrender no earlier than December 9, 2019. The Motion is unopposed by the Government. The Court has considered the Motion and the basis for same and finds that the Motion should be GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED that the reporting instructions of Sadie Bradley are hereby modified and that the Bureau of Prisons should not require her to surrender any earlier than December 9, 2019, but not later than sixty (60) days from the date of her Judgment. Except as to this modification, all other terms and conditions of her Judgment shall remain in full force and effect.

SO ORDERED this the ___15th_____ day of November, 2019.

                                             ___s/Keith Starrett_____
                                             UNITED STATES DISTRICT JUDGE